**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NICHOLAS RENDON,
an individual,

       Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
a national association,
BENJI AUTO SALES CORP.,
a Florida profit corporation,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

       Defendants.
_____/

Case No.: 5:24-cv-00679-JSM-PRL

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT TRANS UNION LLC**

**COMES NOW**, Plaintiff, NICHOLAS RENDON ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC ("Trans Union") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Trans Union will request that this matter be dismissed with prejudice.

Dated: January 6, 2025

                                                        Respectfully submitted,

        SWIFT LAW PLLC
/s/ *Jon P. Dubbeld*
**Jon P. Dubbeld, Esq., FBN 105869**
**Aaron M. Swift, Esq., FBN 0093088**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
jdubbeld@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2025, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff

2